83,853-01
dismissed
Cause # 3085-A
PC  10-28-15

District Clerk

I sent ya'll an 11:07 habeas corpus motion back in August.  I received a notice
stating it was received on 9/8/2015 Tr. Ct. No. 3085-A  WR-83,853-01.

I have had second thoughts about this and request for this motion to be cancelled.

I am waiting on a parole answer and I'm no longer interested in pursuing this
matter.

Please disregard, cancel, deny the 11:07 motion I sent ya'll.  I am sorry for
any inconvenience.

Thank you for your time.


Blaine McReynolds

Blaine McReynolds
TDCJ #1284328

Boyd Unit
200 Spur 113
Teague, TX 75860

WR - 83,853-01

FILED
2015 SEP 30 A 11: 15
CYNTHIA JONES
DISTRICT CLERK-ANDREWS COUNTY
DEPUTY

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 05 2015
Abel Acosta, Clerk

THE STATE OF TEXAS
COUNTY OF ANDREWS
I, Cynthia Jones, Clerk of the District Court of
Andrews County, Texas, do hereby certify that the foregoing
is true and correct copy.
GIVEN UNDER MY HAND AND SEAL OF SAID COURT
this _____ day of _____ A.D., 20 15
CYNTHIA JONES, District Clerk, Andrews County, Texas

By _____ Deputy